# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FRANCIS BROWN, *et al.*,

        Plaintiffs,

vs.

BIOMET ORTHOPEDICS, LLC, *et al.*,

        Defendants.

Case No.: 2:19-cv-00377-GMN-GWF

**ORDER**

On March 7, 2019, the Court entered a Minute Order, (ECF No. 49), requiring Plaintiffs to show cause as to why the Court should not dismiss this action for failure to satisfy the diversity jurisdiction requirements set forth in 28 U.S.C. § 1332. Plaintiffs were given until March 21, 2019, to respond and were cautioned that failure to comply with the Order would result in this case being dismissed without prejudice. Plaintiffs have not filed a response to the Order to Show Cause and the deadline to do so has passed.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' case is **DISMISSED without prejudice**. The Clerk of Court is instructed to close this case and enter judgment accordingly.

**DATED** this \_\_\_10\_\_\_ day of May, 2019.

_____
Gloria M. Navarro, Chief Judge
United States District Court