# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FRANCES AND JACK BROWN,<br><br>                Plaintiffs,<br>VS.<br><br>BIOMET ORTHOPEDICS, LLC, BIOMET , INC., BIOMET MANUFACTURING CORP. AND BIOMET U.S. RECONSTRUCTION, LLC,<br><br>                Defendants. | CASE NO. 2:19-cv-00377-GMN-GWF |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

The plaintiffs, Frances and Jack Brown ("Plaintiffs"), and the defendants, Biomet Orthopedics LLC, Biomet, Inc., Biomet Manufacturing, Corp. and Biomet U.S. Reconstruction, LLC ("Defendants"), stipulate that all claims in this lawsuit are hereby dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

By: /s/ Alexander C. Davis
Dated: 1/9/2020

Alexander C. Davis
JONES WARD PLC
1205 e. Washington Street, Suite 111
Louisville, KY 40206
(502) 882-6000

Matthew D. Minucci
THE COTTLE FIRM
8635 South Eastern Avenue
Las Vegas, NV 89123
(702) 722-6111

*Attorneys for Plaintiffs*

By: /s/ LeAnn Sanders
Dated: 2-3-2020

LeAnn Sanders
ALVERSON TAYLOR & SANDERS
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149
(702) 384-7000

John D. LaDue
Erin Linder Hanig
SOUTHBANK LEGAL: LaDUE CURRAN KUEHN
100 East Wayne Street, Suite 300
South Bend, IN 46601
(574) 968-0760

J. Joseph Tanner
Andrew L. Campbell
Adrienne Franco Busby
Stephanie N. Russo
FAEGRE BAKER DANIELS LLP
300 N Meridian St Ste 2700
Indianapolis, IN 46204-1782
(317) 237-0300

Tarifa B. Laddon
Theodore E. O'Reilly
FAEGRE BAKER DANIELS LLP
11766 Wilshire Blvd., Suite 750
Los Angeles, CA 90025
(310) 500-2090

*Attorney for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FRANCES AND JACK BROWN,<br><br>                  Plaintiffs,<br>VS.<br><br>BIOMET ORTHOPEDICS, LLC,<br>BIOMET , INC., BIOMET<br>MANUFACTURING CORP. AND<br>BIOMET U.S. RECONSTRUCTION,<br>LLC,<br><br>                  Defendants. | CASE NO. 2:19-cv-00377-GMN-GWF |

## ORDER OF DISMISSAL OF DEFENDANTS *WITH* PREJUDICE

THIS CAUSE came before the Court upon the Stipulation for Dismissal of Defendants *with* Prejudice by and between the Plaintiffs, Frances and Jack Brown ("Plaintiffs"), and the defendants, Biomet Orthopedics LLC, Biomet, Inc., Biomet Manufacturing, Corp. and Biomet U.S. Reconstruction, LLC ("Defendants"), and the Court having reviewed the Stipulation for Dismissal of Defendants *with* Prejudice, having reviewed the court file, and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that:

This case is hereby **DISMISSED *WITH* PREJUDICE** as to Defendants. Plaintiffs and Defendants shall each bear his/its own respective costs and attorneys' fees incurred in connection with this action.

US.125490867.01

**IT IS FURTHER ORDERED** that in light of the above, Plaintiffs' Motion for Reconsideration, (ECF No. 66), is **DENIED as moot**.

**DATED** in this <u>3</u> day of February, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court

Confirmed copies to:
All counsel of record